**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mawami BARBER, Defendant–
Appellant.**

No. 02–7752.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

Mawami Barber, Appellant Pro Se. James Harry Green, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mawami Barber seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and for reconsideration. We have reviewed the record and conclude for the reasons stated by the district court that Barber has not made a substantial showing of the denial of a constitutional right. *See United States v. Barber,* Nos. CR–00–429; CA–02–1436 (D.Md. Oct. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*